AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RUBA KHANDAQJI<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  6:15-mj- 1174 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1, 2015__ in the county of __Osceola__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats against the President |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Seeger, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/2/15

City and state: Orlando, Florida

*Judge's signature*

Gregory J. Kelly, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA	CASE NO.: 6:15-mj- 1174

COUNTY OF ORANGE

## AFFIDAVIT

I, Jeffrey S. Seeger, being duly sworn, do hereby as follows:

### AGENT BACKGROUND

1. I am a Special Agent with the United States Secret Service (USSS) and have been so employed since June 2005. Prior to that, I served for three years as a Federal Air Marshal with the Federal Air Marshal Service and for eight years as a Lieutenant and Officer with the Federal Bureau of Prisons. As a USSS Special Agent, I am responsible for investigations of violations of United States law, including violations of Title 18, United States Code, Section 871 (Threats against President and successors to the Presidency). During the course of my career with the USSS, I have received extensive training and experience in the investigation of threats against the President.

### PURPOSE OF AFFIDAVIT

2. I submit this affidavit based on personal knowledge from my participation in this investigation, information from other criminal investigators and law enforcement officers, a review of reports and documents provided to me by these investigators and officers, and statements made by subjects in this investigation. This affidavit is being submitted in support of the issuance of a criminal complaint and arrest warrant for **RUBA KHANDAQJI** for the offense of Threats Against the President, in violation of Title 18, United States Code,

Section 871.

3.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant against the above-named individual, it does not set forth all of my knowledge about this matter. Rather, I have only set forth those facts necessary to establish probable cause that the above-listed federal crime has been committed.

## FACTUAL BASIS

4.  On or about February 25, 2015, the Florida Department of Law Enforcement (FDLE) initiated an investigation into KHANDAQJI after someone identifying themselves as "Ruba Khandaqji" posted a message on Florida Governor Rick Scott's public website stating, in essence, You're a tea party terrorist and you need to deport me tonight, got it? FDLE investigators identified a phone number associated with the message and called to speak to the individual who they believed posted the message. When they called the phone number, a female answered the phone and said, in essence, that the investigators had no right to call her and that she was not a citizen of the United States and that she "did what she had to do."

5.  On or about March 3, 2015, KHANDAQJI traveled to Washington, D.C. Acting on a tip from a source that knew KHANDAQJI who informed law enforcement that KHANDAQJI had sent him an e-mail with troubling statements regarding the government which threatened, in essence, to make the people who

invaded her privacy, pay. law enforcement agents located **KHANDAQJI** at a Starbucks in Washington and interviewed her. **KHANDAQJI** did not make any threats during these interviews. **KHANDAQJI** said that she did not intend to hurt herself or anyone else and that she was not a violent person. **KHANDAQJI** said that she just wanted to be deported from the United States to return to her homeland because she had been unable to leave the country due to her documentation (it should be noted that **KHANDAQJI** has Jordanian passport, but states that she is Palestinian). The USSS concluded that she did not appear to be a danger to herself or anyone else at the time. Investigators closed the case. **KHANDAQJI** then traveled from Washington, D.C. back to Florida.

      6. On or about March 30, 2015, **KHANDAQJI** called the Osceola County Sherriff's Office and left a recorded message. In this message, **KHANDAQJI** spelled out her name and stated her date of birth. **KHANDAQJI** then said, in essence, I will hire a hit man to kill whoever I need to kill, I hope this phone call is recorded, pass this on to the Governor that she is going to hire a hit man to kill... **KHANDAQJI** did not finish the sentence.

      7. On or about March 31, 2015, FDLE investigators tracked down **KHANDAQJI**'s address in Osceola County, Florida. Osceola County is in the Middle District of Florida. Investigators knocked on the residence's door and **KHANDAQJI** answered. When the investigators asked **KHANDAQJI** if she knew why they were there, she replied. in essence, I threated to kill Governor Rick Scott. **KHANDAQJI** also told investigators, in essence, that she did not

need to abide by the rules of the United States, and if the investigators stepped over the threshold she would consider it an act of war. KHANDAQJI did not give the investigators consent to enter her home, so they left in order to secure an arrest warrant for KHANDAQJI's threat against the Governor.

8. On April 1, 2015, FDLE investigators returned to KHANDAQJI's home and arrested her for making the threat against Governor Scott. While placing KHANDAQJI under arrest, she resisted and said, in essence, I want this country to burn. KHANDAQJI then later said, "I'm serious, this is serious, I want to kill your Governor Rick Scott, and I also want to kill your president." Investigators then asked KHANDAQJI what she had said, and she repeated, "You heard me, I want to kill your president." After the FDLE investigators heard KHANDAQJI make the threat against the President, they contacted the USSS. After investigators arrested KHANDAQJI, she complained of injuries, so she was taken to the Celebration Hospital in Osceola County, Florida.

9. On the night of April 1, 2015, I went to speak to KHANDAQJI at the Celebration Hospital. KHANDAQJI appeared alert and coherent. I identified myself to KHANDAQJI as a Special Agent with the USSS. I did not read KHANDAQJI her Miranda rights before beginning to speak to her. I informed her, in essence, that she could not say that she wanted to kill the President. KHANDAQJI then said, in essence, that she wanted it to happen, and that "If I could reach him, I would." When I asked her to clarify, KHANDAQJI said, "I'm not going to give you details." I then told her that she had not told me any

details. KHANDAQJI then asked for a lawyer from her country and the United Nations, at which point I told her that her arguments were not making sense.

10. Based on the context of the conversation, it is clear that KHANDAQJI meant to communicate that if she were able to get close enough to the President, she would try to kill him. KHANDAQJI then stated, "I want to burn this country to the ground, and I am not alone."

11. Based on my training and experience with the USSS, my personal conversation with KHANDAQJI in which she threatened the President, the background of the case which indicates an escalation of threat activity, including the earlier threats against Governor Scott, and KHANDAQJI's recent travel to Washington, D.C., I considered KHANDAQJI's statements to FDLE that, in essence, I also want to kill your president, a true threat against the President which KHANDAQJI made knowingly and willfully. I considered KHANDAQJI's statements a true threat because it was a serious threat, and not just idle talk or a careless remark or a joke, and because KHANDAQJI knowingly made the statement with the intent that the FDLE agents would understand it as a serious threat that she intended to injure or kill the President.

5

12. On the basis of the foregoing facts and evidence, I submit that probable cause exists to charge KHANDAQJI with a violation of Title 18, United States Code, Section 871, Threat Against the President. This concludes my affidavit.

_____
Special Agent Jeffrey S. Seeger
United States Secret Service

Subscribed and sworn to before me this 2nd day of April, 2015.

_____
The Honorable Gregory J. Kelly
United States Magistrate Judge